1  Barbara A. Rohr (SBN 273353)
Benjamin Heikali (SBN 307466)
2  **FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
3  Los Angeles, CA 90024
Telephone: 424. 256.2884
4  E-mail: brohr@faruqilaw.com
            bheikali@faruqilaw.com
5
*Attorneys for Plaintiff Cyrus Hashtpari*
6
Amy B. Alderfer  (SBN 205482)
7  **COZEN O'CONNOR**
601 S. Figueroa St., Suite 3700
8  Los Angeles, CA  90017
Telephone: 213.892.7900
9  E-mail: aalderfer@cozen.com

10  RICHARD FAMA, (admitted *Pro Hac Vice)*
COZEN O'CONNOR
11  45 Broadway Atrium, Suite 1600
New York, NY 10006
12  Telephone:  212.908.1229
E-mail: rfama@cozen.com
13
*Attorneys for Defendant*
14

15                UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  CYRUS HASHTPARI, Individually and on Behalf of All Others Similarly 18  Situated, | CASE NO. 2:16-cv-3453 |
| 19          Plaintiff, | **CLASS ACTION** Honorable Percy Anderson |
| 20       v. | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT** |
| 21  UTZ QUALITY FOODS, INC. | **PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL** |
| 22          Defendant. | **PROCEDURE 41(a)(1)(A)(ii)** |

23

24

25

26

27

28

1    This Stipulation is entered into between and among Plaintiff Cyrus Hashtpari

2 ("Plaintiff"), through his counsel of record, and Defendant Utz Quality Foods, Inc.

3 (hereinafter, "UTZ"), through its counsel of record, and pursuant to Federal Rule of

4 Civil Procedure 41(a)(1)(A)(ii) whereby Plaintiff and UTZ stipulate to the dismissal

5 of the above-captioned class action without prejudice of all claims for relief asserted

6 by Plaintiff.  Under Fed. R. Civ. P. 41(a)(1)(A)(ii), a stipulation of voluntary dismissal

7 without prejudice that is signed by all of the parties who have appeared in an action

8 may be entered without a court order. This stipulation of dismissal shall not affect the

9 class allegations in this action as this voluntary dismissal is without prejudice.

10 Further, notice to the putative class members is not necessary since it is being

11 requested before any class certification motion has ever been filed or decided.

12    The parties shall each bear their own costs, fees and expenses of any type.

13    IT IS SO STIPULATED.

14

15 DATED: August 8, 2016            BARBARA A. ROHR
                                   FARUQI & FARUQI, LLP
16

17
                                   By:  */s/ Barbara A. Rohr*
18                                      Barbara A. Rohr
                                        Attorneys for Plaintiff
19                                      CYRUS HASHTPARI

20
   DATED: August 8, 2016            AMY B. ALDERFER
21                                  COZEN O'CONNOR

22

23
                                   By:  */s/ Amy B. Alderfer*
24                                      Amy B. Alderfer
                                        Attorneys for Defendant
25                                      UTZ QUALITY FOODS, INC.

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have e-mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: August 8, 2016

/s/ *Barbara A. Rohr*
Barbara A. Rohr

STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE

LEGAL\26964456\1